ETHEL LEVACK and MICHAEL LEVACK, as Administrators, etc., of SAMUEL LEVACK, Deceased, Respondents, v. BROOKLYN AND QUEENS TRANSIT CORPORATION, Appellant.— On appeal by defendant, in an action for damages for death by wrongful act, neglect or default, from a judgment in favor of plaintiffs, entered on a jury verdict, judgment reversed on the facts and a new trial granted, with costs to appellant to abide the event, on the ground that the verdict is against the weight of the evidence. Johnston, Adel and Taylor, JJ., concur; Lazansky, P. J., and Carswell, J., dissent and vote to affirm the judgment.

BESSIE LEVINSON and DORA PEIFFER, Respondents, v. CLYDE POLHEMUS and Others, Defendants. And by Counterclaim HAROLD A. BUNGE, PATRICIA . BUNGE, Defendants, Appellants, v. BIRCHDALE, INC., and Others, Defendants, Impleaded.— Appeal by defendants Harold A. Bunge and another from an order denying their motion to compel plaintiffs to accept movants' notice of appeal from a judgment and denying to those defendants other relief. Appeal dismissed (*Ziadi* v. *Interurban Street Railway Co.*, 97 App. Div. 137, 138), without costs, and without prejudice to a motion by appellants in this court to test their assertion that a valid appeal is pending here. Lazansky, P. J., Hagarty, Johnston, Taylor and Close, JJ., concur.